DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUIS A. SORO,**
Appellant,

v.

**ESTATE OF JOSE LUIS SORO,**
Appellee.

No. 4D2025-2425

[April 2, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2025-CP-003504-XXXA-SB.

Luis A. Soro, Miami Beach, pro se.

Maria Elena Freisen, Lake Worth, pro se.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***